UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE YOUNGS, | No.  2:16-cv-0276 AC P |
| Plaintiff, | |
| v. | ORDER |
| J. BARRETTO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff's application for leave to proceed in forma pauperis is not on the form used by this district court, and does not provide the information required by this court. Accordingly, plaintiff's application will be denied without prejudice, and plaintiff will be provided the opportunity to submit a new application on the appropriate form.  Plaintiff is informed that the new application requires completion of the Certificate portion by an authorized official at plaintiff's place of incarceration, and that plaintiff must also submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, ECF No. 2, is denied without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner used in this court.

3. Plaintiff shall, within thirty days after the filing date of this order, submit a fully completed application to proceed in forma pauperis, together with a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of his complaint.

4. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: February 18, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE