UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE YOUNGS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. BARRETTO, et al.,<br><br>    Defendants. | No. 2:16-cv-0276 JAM AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

    Plaintiff is a former state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed May 14, 2018, the court directed plaintiff to submit a completed in forma pauperis application for non-prisoners or pay the filing fee, and to file a proposed Second Amended Complaint (SAC). See ECF No. 11. Plaintiff was accorded thirty days within which to comply with the court's order and informed that failure to comply would result in the dismissal of this action without prejudice. Id. at 7.

    The deadline for submitting these matters has passed, but plaintiff has not responded to the court's order.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14)

days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 21, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE